MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL, State Bar No. 257163
JENNIFER WHITE-SPERLING, State Bar No. 166504
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
Email: cgonell@morganlewis.com
       jwhite-sperling@morganlewis.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY KAMINSKE, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK N.A., and DOES 1 through 25,<br><br>    Defendants. | Case No. **SACV09- 918 JVS (RNBx)**<br><br>**DEFENDANT'S NOTICE OF RELATED CASES**<br><br>[C.D. CAL. CIV. L.R. 83-1.3] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB1/63479307.1

DEFENDANT'S NOTICE OF RELATED CASES

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 83-1.3.1, Defendant JPMorgan Chase Bank, N.A. hereby submits that it is not aware of any previously filed or pending related cases in the Central District of California.

Dated: August 7, 2009                MORGAN, LEWIS & BOCKIUS LLP

By _____
Jennifer White-Sperling
Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.

# PROOF OF SERVICE

### Kaminske v. JPMorgan Chase Bank, N.A.

I am a resident of the State of California, County of Orange; I am over the age of eighteen years and not a party to the within action; my business address is 5 Park Plaza, Suite 1750, Irvine, California 92614.

On August 7, 2009, I served on the interested parties in this action the within document(s) entitled:

**DEFENDANT'S NOTICE OF RELATED CASES**

[ ]   **BY FAX:** - by transmitting via electronic facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.; I also caused the fax machine to print such record(s) of the transmission.

[ X ]   **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY OVERNIGHT MAIL** - By **FEDERAL EXPRESS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

[ ]   **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED** – By placing true copy(ies) thereof in sealed envelope(s) with Certified Mail, Return Receipt Requested, postage thereon fully prepaid and by causing such envelope(s) to be deposited in the mail at 5 Park Plaza, Suite 1750, Irvine, California 92614.

[ ]   **BY ELECTRONIC SERVICE** - the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files on January 11, 2008. The transmission was reported as complete and without error. My electronic notification address is 5 Park Plaza, Suite 1750, Irvine, California 92614. My e-mail address is pmartin@morganlewis.com.

DB1/63492309.1

| | |
|---|---|
| Michael A. Gould, Esq.<br>Aarin A. Zeif, Esq.<br>Gould & Associates<br>17822 E. 17th Street, Suite 106<br>Tustin, California 92780<br>Tel: (714) 669-2850<br>Fax: (714) 544-0800 | *Attorneys for Plaintiff ROY KAMINSKE* |
| Richard A. Jones, Esq.<br>Law Offices of Richard A. Jones<br>1820 E. 17th Street<br>Santa Ana, CA 92705<br>Tel: (714) 480-0200<br>Fax: (714) 480-0423 | *Attorneys for Plaintiff ROY KAMINSKE* |

[ ] **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

[ X ] **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

Executed on August 7, 2009, at Irvine, California.

_____
Patricia Martin

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB1/63492309.1

-2-

PROOF OF SERVICE