# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 09-00918-JVS (RNBx) consolidated with CV 09-6352-JVS(RNBx) | Date | January 25, 2010 |

Title    Roy Kaminske etc. v. JP Morgan Chase Bank N.A. et al.

Present: The Honorable    James V. Selna

| Karla Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| James Kawahito | Carrie Gonell |

**Proceedings:**    Consolidated Scheduling Conference

    Cause called and counsel make their appearance.  The Court and counsel confer.  The Court orders that any motion for class certification be heard not later than August 30, 2010.  The Court adopts the following case management dates as previously set in the Kaminske case prior to consolidation as follows:

    **Jury Trial**    **March 29, 2011 at 8:30 a.m.**

    **PreTrial Conference**    **March 14, 2011 at 11:00 a.m.**
    File PreTrial Documents not later than March 7, 2011
    File motions in limine not later than February 28, 2011

    **Discovery Cut-off**    **August 16, 2010**

    **Trial Expert Discovery Cut-off**    **Pursuant to Rule 26**
    **Expert Discovery Cut-off for class issues** August 15, 2010
    Initial disclosure of Experts for class issues not later than June 15, 2010
    Rebuttal disclosure of Experts for class issues not later than July 16, 2010

    **Law and Motion Cut-off**    **December 13, 2010 at 1:30 p.m.**
    **Motions to be filed and served not later than November 22, 2010**

    Counsel inform the Court that they wish to revise their selection for a settlement procedure pursuant to Local Rule 16-14 to private mediation.    The Court orders that any settlement discussions shall be completed not later than June 30, 2010.  Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

    0   :   06

Initials of Preparer    kjt