JAMES KAWAHITO (SBN 234851)
Email: james@kawahitoshraga.com
DAVID SHRAGA (SBN 229098)
Email: david@kawahitoshraga.com
SHAWN C. WESTRICK (SBN 235313)
Email: shawn@kawahitoshraga.com
KAWAHITO & SHRAGA LLP
11845 W. Olympic Blvd. Suite 665
Los Angeles, California 90064
Telephone: (310) 746-5300
Facsimile: (310) 593-2520

Attorneys for Plaintiff Gail Christiansen
and Class Members

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY KAMINSKE, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | Case Number: SACV 09-918 JVS (RNBx)<br><br>[Consolidated with case SACV 09-6352 (RNBx)]<br><br>[Assigned to the Hon. Robert N. Block for discovery matters]<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF CHRISTIANSEN'S INTERROGATORIES, SET ONE**<br><br>Date:     April 6, 2010<br>Time:    9:30 a.m.<br>Place:   Courtroom 6D |

**TO DEFENDANT AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** that on April 6, 2010 at 9:30 a.m. in Courtroom 6D of the above-captioned court, which is located at 411 West Fourth Street, Santa Ana, California 92701-4516, Plaintiff Gail Christiansen ("Plaintiff") will, and hereby does, moves for an order, pursuant to Federal Rules of Civil Procedure 26(b), and 33 for an order compelling Defendant to provide further responses to Plaintiff's Interrogatories, Set One. Defendant has unjustifiably refused to substantively respond to Plaintiff's interrogatories in violation of the Federal Rules and has not participated in the discovery process in good faith, and all without substantial justification.

This motion is made on the following grounds:

1) On November 6, 2009, Plaintiff served Interrogatories, Set One;

2) On January 21, 2010, Defendant served its objections and responses to Plaintiff's discovery. Plaintiff's discovery seeks relevant wage and hour information necessary for certification;

3) Plaintiff's discovery is necessary to support Plaintiff's Motion for Certification. The identities of putative class members are discoverable;

4) On January 22, 2010, counsel for Plaintiff sent a meet and confer letter under Local Rule 37-1 to conduct a teleconference regarding Defendant's responses; and

5) On February 3, 2010, the parties conducted the meet and confer. The attempt to compromise was unsuccessful. Plaintiff offered to send a privacy notice to which Defendant refused. Defendant offered no compromise.

This Motion is based upon this Notice, the Joint Stipulation, the Declaration of Shawn Westrick, Plaintiff's Proposed Order, Defendant's Proposed Order, the

1  pleadings and papers on file herein, and upon any other matters that may be
2  presented to this Court at the hearing.
3
4  Dated: March 8, 2010                         Respectfully submitted,
5
6                                               By: _____
7                                               Shawn C. Westrick
                                                KAWAHITO & SHRAGA LLP
8                                               Attorneys for Plaintiff/Class Members